1

2

3

4

5          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                  AT SEATTLE

7   WILLIAM E. WATKINS,                    )
                                           )
8               Plaintiff,                 )     Case No. C09-163-RSM
                                           )
9        v.                                )
                                           )     ORDER GRANTING
10  UNITEDHEALTHCARE, INC.,                )     PLAINTIFF'S APPLICATION TO
                                           )     PROCEED *IN FORMA PAUPERIS*
11              Defendant.                  )
                                           )
12

          Plaintiff's motion to proceed in forma pauperis is GRANTED.  Plaintiff does not appear to

13
    have funds available to afford the $350.00 filing fee.  Plaintiff may proceed without prepayment of

14
    costs or fees or the necessity of giving security therefor.

15
          The Clerk is directed to send a copy of this Order to plaintiff, and to issue summonses to

16
    plaintiff to enable proper service of the complaint on the appropriate parties.  **It is the**

17
    **responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint**

18
    **along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil**

19
    **Procedure.**

20
          DATED this 17th day of February, 2009.

21

22
                                                 _____
                                                 BRIAN A. TSUCHIDA
23                                               United States Magistrate Judge

    ORDER GRANTING PLAINTIFF'S
    APPLICATION TO PROCEED *IN FORMA PAUPERIS* – 1