UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM E. WATKINS,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED HEALTHCARE, INC.,<br><br>        Defendant. | CASE NO. C09-163RSM<br><br>ORDER GRANTING SUMMARY JUDGMENT |

This matter comes before the Court for consideration of defendant's motion for summary judgment. Dkt. # 14. Plaintiff, who is represented by counsel, has failed to oppose the motion in any way. The Local Rules of this Court provide that this failure may be deemed an admission that the motion has merit. Local Rule CR 7(b)(2). The Court so deems plaintiff's failure to respond, and accordingly GRANTS the motion for summary judgment. This action is DISMISSED.

The Clerk shall enter judgment in favor of defendant and close the file.

DATED this 9 day of November 2009.

                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER - 1